IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>    Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No. 21-cv-09345-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

The Court is in receipt of plaintiff's "Motion for Reconsideration, New Trial, Recusal," filed September 9, 2022.

The Court having read and considered the motion, the motion is hereby Denied for lack of subject matter jurisdiction, plaintiff's having filed a notice of appeal on September 5, 2022. *See Davis v. U.S.*, 667 F.2d 822, 824 (9th Cir.1982) ("The filing of a notice of appeal generally divests the district court of jurisdiction over the matters appealed.").

**IT IS SO ORDERED.**

Dated: September 12, 2022

MAXINE M. CHESNEY
United States District Judge